TRINA A. HIGGINS, United States Attorney (#7349)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Tyler.murray2@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVIN R. FINUCANE,<br><br>Defendant. | ENTRY OF PLEA AND PROPOSED STIPULATED DISPOSITION<br><br>**Case Nos.**<br>**2:23-PO-00356;**<br>**2:23-PO-00357; and**<br>**2:23-PO-00359**<br><br>**Case No. 2:23-PO-00356:**<br><br>COUNT I: Cutting and Damaging Trees (43 C.F.R. § 5462.2(b)(1))<br>VN No. 09861293/U48C<br><br>COUNT II--Dismissed<br><br>COUNT III: Possession of a Controlled Substance--LSD, (43 C.F.R. § 8365.1-4(b)(2))<br>VN No. 098161295/U48C<br><br>COUNT IV: Willfully Deface, Remove, or Destroy Plants, Soil, Rocks, Minerals, or Caves (43 C.F.R. § 8365.1-5(a)(2))<br>VN No. 098161296/U48C<br><br>COUNT V: Possession of a Controlled Substance----Psilocybin Mushrooms (43 C.F.R. § 8365.1-4(b)(2))<br>VN No. 09861297/U48C |

|   |   |
|---|---|
|   | COUNT VI: Unattended Personal Property on Public Lands Longer than 48 Hours (43 C.F.R. § 8365.1-6; FRD 92-30202) VN No. 09861299/U48C **Case No. 2:23-PO-00357** COUNT I: Willfully Disturbing Archeological Resource (43 C.F.R. 8365.1-5(a)(1)) VN No. 09861298/U48C **Case No. 2:23-PO-00359** COUNT I: Littering (43 C.F.R. 4140.1(b)(6)) VN No. 09861300/U48C Magistrate Judge Dustin Pead |

The parties in this cause of action respectfully submit this proposed Stipulated Disposition.

The parties hereby stipulate and agree as follows:

1. The Defendant, Devin Funicane, waives his rights as set forth in Federal Rules of Criminal Procedure, Rule 58(b), including his right to trial, judgment, and sentencing before a district judge and his right to appear before the Court in person.

2. The Defendant agrees to pay a total of $105 ($75 Collateral Forfeiture + $30 Processing Fee) for Count I in case 2:23-PO-00359, Littering, in violation of 43 C.F.R. § 4140.1(b)(6) (VN 09861300/U48C).

3. The Defendant hereby enters a plea of guilty to Count VI in Case No. 2:23-PO-00356, Unattended Personal Property on Public Lands Longer than 48 Hours (43 C.F.R. § 8365.1-6; FRD 92-30202) VN No. 09861299/U48C.

4. The United States moves to dismiss with prejudice in Case No. 2:23-PO-356

Count I: Cutting and Damaging Trees in violation of 43 C.F.R. § 5462.2(b)(1) (VN No. 09861293/U48C); Count III: Possession of a Controlled Substance--LSD, in violation of 43 C.F.R. § 8365.1-4(b)(2) (VN No. 098161295/U48C); Count IV: Willfully Deface, Remove, or Destroy Plants, Soil, Rocks, Minerals, or Caves (43 C.F.R. § 8365.1-5(a)(2)) VN No. 098161296/U48C; and Count V: Possession of a Controlled Substance—Psilocybin Mushrooms, in violation of 43 C.F.R. § 8365.1-4(b)(2) (VN No. 09861297/U48C)

5. The United States moves to dismiss with prejudice in Case No. 2:23-PO-00357 Count I: Willfully Disturbing Archeological Resource, in violation of 43 C.F.R. 8365.1-5(a)(1) (VN No. 09861298/U48C)

6. For Count VI in Case No. 2:23-PO-00356, Unattended Personal Property on Public Lands Longer than 48 Hours (43 C.F.R. § 8365.1-6; FRD 92-30202) VN No. 09861299/U48C, the Defendant agrees to abide by all regulations governing public lands found in Title 43 of the Code of Federal Regulations, including but not limited to, the 14-day camping limits found in 43 C.F.R. 43 C.F.R.§ 8365.1-6; FRD 92-30202, the regulation preventing the cutting and damaging of trees in 43 C.F.R. § 5462.2(b)(1), the regulation prohibiting the possession of controlled substances found in 43 C.F.R. § 8365.1-4(b)(2), the regulation preventing the defacing, removal, or destruction of plants, soils, rocks, minerals, or caves found in 43 C.F.R. § 8365.1-5(a)(2), the regulation prohibiting persons from leaving personal property unattended on public lands longer than 48 hours found in 43 C.F.R. § 8365.1-6 and FRD 92-30202; the regulation prohibiting the disturbance of archeological resources found in 43 C.F.R. 8365.1-5(a)(1)), and the regulation prohibiting littering found in 43 C.F.R. 4140.1(b)(6) for a period of twelve (12) months.

7. At the conclusion of the twelve (12) month term, and if the Defendant has fully complied with the terms of the disposition in paragraph 7 above, and received no new federal or state criminal violations, the United States will move to dismiss with prejudice Count VI in Case No. 2:23-PO-00356, Unattended Personal Property on Public Lands Longer than 48 Hours (43 C.F.R. § 8365.1-6; FRD 92-30202) VN No. 09861299/U48C.

SUBMITTED BY:
TRINA A. HIGGINS,
United States Attorney

_____
TYLER MURRAY
Assistant United States Attorney

APPROVED AS TO FORM AND CONTENT:

_____                    _____
Craig Halls                                                                    Devin Funicane
Attorney for Defendant                                                Defendant

DATED this ___7___ day of _SePTembeR_ 2023